United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HOLLINGSHEAD,<br><br>          Petitioner,<br><br>     v.<br><br>JIM ROBERTSON,<br><br>          Respondent. | Case No.  22-cv-03150-KAW  (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges a conviction and sentence he received in the Nevada County Superior Court, which lies in the District of Nevada.  Accordingly, this action is TRANSFERRED to the District of Nevada as that is the district of conviction.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: July 6, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge